IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>GREGORY JOHNSEN<br>SSN: XXX-XX-7721<br><br><br><br>Debtor(s) | Case No. 11-30186-DHW<br>Chapter 13 |

**TRUSTEE'S NOTICE OF WITHDRAWAL OF TRUSTEE MOTION TO DISMISS ON DOCKET #52**

COMES NOW, the Trustee, by and through the undersigned counsel, and hereby gives notice of withdrawal of TRUSTEE MOTION TO DISMISS ON DOCKET #52 previously filed in this case.

Respectfully submitted Tuesday, June 07, 2016.

                                        Curtis C. Reding, Jr.
                                        Standing Chapter 13 Trustee

Office of the Chapter 13 Trustee                By: /s/ *Sabrina L. McKinney*
P.O. Box 173                                        Sabrina L. McKinney
Montgomery, AL 36101-0173                           Chapter 13 Staff Attorney
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of TRUSTEE MOTION TO DISMISS ON DOCKET #52 on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Tuesday, June 07, 2016.

copy to: Debtor(s)                              /s/ *Sabrina L. McKinney*
         Debtor(s) Attorney                         Sabrina L. McKinney
                                                    Chapter 13 Staff Attorney